**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

July 28, 2026

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *United States v. Alvarado Alvarez et al.*, 24 Cr. 498 (JAV)

Dear Judge Vargas:

With the defense's consent, the Government writes to respectfully request a brief adjournment of the change-of-plea hearing for defendant Hector Caal Caal scheduled to take place on July 28, 2026, at 10:00 a.m. The parties propose proceeding on August 10 or 11, 2026, and can propose additional dates if these are not convenient for the Court.

The parties are conferring and the Government is assessing a factual and legal issue that could affect the Guidelines calculation set forth in the plea agreement. With defense counsel's consent, the Government requests the exclusion of time under the Speedy Trial Act through the new change-of-plea date for the same reason. The Government apologizes for identifying the potential issue and making this request in an untimely fashion.

The parties made four prior adjournment requests as to as to this defendant, which were granted by the Court, and this is the first adjournment of the plea hearing. A proposed order for exclusion of time is being submitted with this letter.

The Government's request for adjournment is granted. The Change of Plea previously scheduled for July 28, 2026, is adjourned to August 10, 2026, at 11:00 am in Courtroom 11B, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

JEANNETTE A. VARGAS
United States District Judge

Dated: July 28, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: ______________________
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

By CM/ECF: Richard Rosenberg, Esq., and Clara Kalhous, Esq.