UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HECTOR RIGOBERTO CAAL CAAL,<br><br>*Defendant.* | **[PROPOSED]**<br>**ORDER**<br><br>**S3 24 Cr. 498 (JAV)** |

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 10, 2026;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
August 24, 2026

Jeannette Vargas

THE HONORABLE JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK